UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS, | Case No. CV 08-847-GHK (PJW) |
| Petitioner, | JUDGMENT |
| v. | |
| ROBERT HOREL, WARDEN, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:    1/28/11   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-847.Judgment.wpd